IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 MAR 30 A 9 41

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| ANTHONY D. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-099 |
| ) | |
| CLAY WHITTLE, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Clay Whittle, Donna Dunham, Dr. Andrews, Brian C. Jones, John Cook, Keith Cox, W.D. Williams, Jennifer Douglas, Hugh Williams, John Carterette, Richard Bradley, James Paschal, Paul Andrews, Robert Ellis, Christopher Robertson, Anthony Streetman, Tremayne Lawson, Gerald Henderson, Robert Donohue, Benjamin Groves, and Columbia Co. Sheriff's Department/Jail, and Health Care Contractor are **DISMISSED**, Plaintiff's injunctive relief, mental and emotional injury, and supervisory liability claims against Defendants Woods, Warren, and Carani are also **DISMISSED**, and

Plaintiff's claims for monetary damages against Defendants in their official capacities are **DISMISSED**.[1]

SO ORDERED this 28 day of March, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that, subsequent to the entry of the Report and Recommendation of the Magistrate Judge, Plaintiff has attempted to file an amended complaint. The Court will consider any claims set forth in a properly filed amended complaint at the appropriate time.