IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY D. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-099 |
| | ) | |
| BRETT CARANI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's May 31, 2007 Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Sheriff Clay Whittle, Lt. Keith Cox, Dr. Andrews, Lt. W.D. Williams, Sgt. Jennifer Douglas, Cpt. Donna Dunham, Sgt. James Paschal, Sgt. Richard Bradley, Lt. John Carterette, Lt. Paul Andrews, Deputy Tremayne Lawson, Deputy Gerald Henderson, Deputy Robert Donohue, and Deputy Benjamin Groves are **DISMISSED**,[1] and Plaintiff's injunctive relief, mental and emotional injury, and supervisory liability claims against Defendants Lt. Harvey Woods, Nurse Gary Warren, Cpt. Brett Carani, Deputy Robert Ellis, Sgt. Hugh Williams, Lt. John Cook, and Deputy Anthony Streetman are

---

[1] The portion of the May 31st Report and Recommendation's conclusion section which stated that Defendant Sgt. Hugh Williams should be dismissed from this case was a scrivener's error (doc. no. 45, p. 6) and did not reflect the substance of the Magistrate Judge's analysis that Plaintiff had arguably stated a viable claim for excessive use of force against Defendant Sgt. Hugh Williams (doc. no. 44, p. 4).

**DISMISSED**. Additionally, Plaintiff's "Request to Have Certain Counsel Appointed" is **DENIED**. (Doc. no. 58).

SO ORDERED this 10 day of August, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE