IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ANTHONY D. THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 106-099 |
| BRETT CARANI, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Warren's motion for summary judgment (doc. no. 95) is **GRANTED**, Defendant Warren is **DISMISSED** from this civil action, and a final judgment is **ENTERED** in favor of Defendant Warren.

SO ORDERED this 28th day of August, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE